# THE LAW OFFICE OF CARLOS M. SANTIAGO, P.C.

11 Broadway, Suite 615, New York, NY 10004, E: carlos@santiagolawnyc.com, P: 212-256-8460, F: 917-905-7191



January 5, 2024

**Via ECF and Email**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:   *United States* v. *Sampson (Raekwon Jackson)*
      22 Cr. 640 (KMK)

Dear Judge Karas:

Dear Judge Karas:

I am appointed counsel for Raekwon Jackson in the above matter pursuant to the Criminal Justice Act. A status conference is scheduled in the above matter on Wednesday January 10, 2024 at 10:30 a.m. I will be out of New York State that day and am unable to appear before the Court. Christine Delince, Esq., the attorney for Mr. Cunningham, a co-defendant in this matter, has agreed to appear on my behalf at this status conference. I respectfully request that she be permitted to do so.

I already made my client aware that counsel for a co-defendant will likely be appearing on my behalf, and he had no objection to it. I will speak with my client again prior to the Court appearance to remind him that Ms. Delince will be appearing on my behalf.

I have made no prior requests to be excused from any status conferences in this matter.

Granted.

So Ordered
1/5/24

Respectfully submitted,

Carlos M. Santiago, Jr.
Counsel for Mr.

cc: All parties via ECF and email