# THE LAW OFFICE OF CARLOS M. SANTIAGO, P.C.

11 Broadway, Suite 615, New York, NY 10004 E: carlos@santiagolawnyc.com P: 212-256-8460 / F: 917-904-7191



May 28, 2024

**FILED VIA ECF**
The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

           Re: **United States v. Raekwon Jackson**
               **22 Cr. 640-009 (KMK)**

Dear Judge Karas:

    Defense counsel respectfully submits this letter requesting a 4-month adjournment of Mr. Jackson's sentencing currently scheduled for June 27, 2024, at 2:00 p.m. The government has no objection to this request.

    We request an adjournment until a date that falls within September 25-27, 2024, excluding the afternoon of Thursday, September 26, 2024. This is counsel's first request for an adjournment. The purpose of this adjournment is to allow counsel time to continue to consider factors relevant to sentencing pursuant to 18 U.S.S.C. § 3553. Thank you in advance for your consideration in this matter.

Granted. Sentence is adjourned to 9/ 25 /24, at 11:00

No more extensions will be granted.

So Ordered.
5/29/24

Respectfully submitted,

Carlos M. Santiago, Jr.
Attorney for Mr. Jackson

cc:    all parties (via ECF & email)